IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>　　　　Defendants. | **Old Case No. 1:10-cv-00678 OWW GSA**<br>**New Case No. 1:10-cv-00678 OWW SKO**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

　　　Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Sheila K. Oberto.  The new case number shall be **1:10-cv-00678 OWW SKO.**  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

　　　IT IS SO ORDERED.

　　　**Dated:   June 29, 2010**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE