Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOLLAR TREE STORES, et al.,<br><br>　　　　Defendants. | No.  1:10-CV-00678-OWW-GSA<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Complaint Filed April 16, 2010 |

Plaintiff Daniel Delgado, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, Defendant Dollar Tree Stores, Inc. through their attorneys McCormick, Barstow, Sheppard, Wayte & Carruth, Fresno, California, hereby stipulate that the above-captioned action against defendant Dollar Tree Stores, Inc. shall be dismissed with prejudice.

Date: August 12, 2010　　　　　/s/Tanya Levinson Moore
　　　　　　　　　　　　　　　Tanya E. Levinson Moore
　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: August 12, 2010　　　　　/s/Michael G. Woods
　　　　　　　　　　　　　　　McCormick, Barstow, Sheppard, Wayte & Carruth
　　　　　　　　　　　　　　　Attorneys for Defendant

*Delgado v. Dollar Tree Stores, Inc., et al.*

*Stipulation and Order for Dismissal*

DOLLAR TREE STORES, INC.

# ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action against Defendant Dollar Tree Stores, Inc. only be dismissed with prejudice.

IT IS SO ORDERED.

Dated: **August 12, 2010**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

*Delgado v. Dollar Tree Stores, Inc., et al.*

*Stipulation and Order for Dismissal*