Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOLLAR TREE STORES, et al.,<br><br>　　　　Defendants. | No.   1:10-CV-00678-OWW-SKO<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Complaint Filed April 16, 2010 |

　　　　Plaintiff Daniel Delgado, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California; and Defendants James A. Burden and Cathleen C. Burden through their attorney Patrick J. Gorman, Wild, Carter & Tipton, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice in its entirety.

Date: November 9, 2010        /s/Tanya Levinson Moore
                              Tanya E. Levinson Moore
                              Attorney for Plaintiff

Date: November 9, 2010        /s/ Patrick J. Gorman
                              Patrick J. Gorman, Attorneys for
                              for Defendants James A. Burden and Cathleen
                              C. Burden

*Delgado v. Dollar Tree Stores, Inc., et al.*

*Stipulation for Dismissal*

Page 1

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: __November 9, 2010__          _____/s/ Oliver W. Wanger__
                                                                    UNITED STATES DISTRICT JUDGE

*Delgado v. Dollar Tree Stores, Inc., et al.*

*Stipulation for Dismissal*